IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ALLEN BISHOP                                                          PLAINTIFF

v.                       Case No. 08-2108

KEN SAVAGE, Director of
the Fort Smith Transit Department                                    DEFENDANT

### ORDER

Now on this 5th day of August 2010, there comes on for consideration the report and recommendation filed herein on July 8, 2010, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 18). Also before the Court are Plaintiff's objections to the report and recommendation.

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion for Summary Judgment (doc. 13) is GRANTED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**